THE STATE EX REL. S. ROSENTHAL & CO., INC., APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. S. Rosenthal & Co., Inc. v. Indus. Comm.,* 105 Ohio St.3d 176, 2005-Ohio-1148.]

(No. 2004–0478—Submitted February 15, 2005—Decided March 30, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

Thompson Hine, L.L.P., and M. Scott Young, for appellant.

Jim Petro, Attorney General, and Charissa D. Payer, Assistant Attorney General, for appellee Industrial Commission of Ohio.